UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Joseph J. DiPasquale, Esq.
Shoshana Schiff, Esq.
*Counsel to Donald V. Biase,*
*Chapter 7 Trustee*

| | |
|---|---|
| In re: | Chapter 7 |
| ROBERT G. SCHROEDER, et al., | Lead Case No. 13-16624 (NLW)<br>Substantively Consolidated |
| Debtors. | Hon. Novalyn L. Winfield, U.S.B.J. |

**ORDER COMPELLING TURNOVER OF PROPERTY**
**OF THE ESTATE PURSUANT TO 11 U.S.C. § 542(e)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

| | |
|---|---|
| Debtors: | Robert G. Schroeder, et al. |
| Case No.: | 13-16624 (NLW) (Lead Case) |
| Caption of Order: | Order Compelling Turnover of Property of the Estate Pursuant to 11 U.S.C. § 542(e) |

**THIS MATTER** having been opened to the Court by Donald V. Biase, Chapter 7 Trustee (the "**Trustee**") for the substantively consolidated bankruptcy estates of Robert G. Schroeder (**"Schroeder"**), 583 Broadway, LLC (**"583 Broadway"**), 74 Prospect Place, LLC (**"74 Prospect Place"**), 539 Piermont, LLC (**"539 Piermont"**), 459 Broadway, LLC (**"459 Broadway"**), 89 Broadway Park Ridge, LLC (**"89 Broadway"**), and 99 Roland Street Park Ridge, LLC (**"99 Roland Street,"** and together with Schroeder, 583 Broadway, 74 Prospect Place, 539 Piermont, 459 Broadway, and 89 Broadway, the "**Debtors**"), by and through his counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C. ("**Trenk DiPasquale**"), upon the filling of a motion seeking entry of an order compelling turnover of property of the estate pursuant to 11 U.S.C. § 542(e) (the "**Motion**"); due notice hereof having been given; and the Court having considered the moving papers and any opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED** that Schroeder shall turn over the Books and Records[1] in his possession and/or control that were seized by the NJAG pursuant to the Order to Seize, to the Trustee c/o Trenk DiPasquale (Attn. Shoshana Schiff, Esq.) at 347 Mount Pleasant Avenue, Suite 300, West Orange, New Jersey 07052 within five (5) business days or he will be sanctioned in an amount to be determined by the Court. If the Debtor fails to turn over said documents to the Trustee, the NJAG is authorized to turn over the Books and Records to the Trustee.

4833-3958-2487, v. 2

---

[1] All capitalized terms not defined herein are intended to have the meanings ascribed to them in the accompanying Application in support of the Motion.