HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
John A. Adler, Esq.
Attorneys for the Debtor, Robert G. Schroeder
One Gateway Center
Newark, New Jersey 07102-5323
973.621.9020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>ROBERT G. SCHROEDER,<br><br>Debtor. | Case No. 13-16624 NLW<br><br>Chapter 7 Proceeding<br><br>Honorable Novalyn L. Winfield<br><br>Hearing Date: March 30, 2015<br>at 10:00 a.m. |
|---|---|

APPLICATION IN SUPPORT OF NOTICE OF MOTION TO BE RELIEVED AS COUNSEL FOR DEBTOR

TO: THE HONORABLE NOVALYN L. WINFIELD,
UNITED STATES BANKRUPTCY JUDGE

The Application of Hellring Lindeman Goldstein & Siegal LLP respectfully represents the following:

1. Applicants are attorneys at law of the State of New Jersey and duly admitted to practice before this Court.

2. On March 28, 2013, an involuntary petition for relief was filed against the Debtor. On April 23, 2013 an order for relief was entered, and thereafter a Chapter 7 Trustee was appointed.

3. On June 17, 2013, Applicants were retained to represent Debtor in the involuntary proceeding. A copy of the retainer agreement is annexed as Exhibit A. As indicated in the retainer agreement, Debtor's friend, Wade Petty, guaranteed Debtor's obligations under the retainer agreement.

4.  Applicants have provided services for the Debtor from the date of the retention to the present time.

5.  As set forth in the retainer agreement, $30,000 was paid by the Debtor to be applied on account of legal fees and disbursements, and monthly bills were to be sent to the Debtor.

6.  On or about December 17, 2014, the Debtor sent a check in the amount of $6,000 in payment of past-due legal bills. The Debtor's previous payment in the amount of $9,900 was made on or about May 12, 2014. Prior to that, the Debtor made a payment of $160 on February 1, 2014.

7.  Annexed hereto as Exhibit B is a copy of the bill dated January 1, 2014 covering the period December 1 through December 31, 2014 showing a total balance due of $21,021.89.

8.  Richard B. Honig, a partner of Applicants, has made numerous requests to the Debtor to pay the outstanding bills. However, other than as stated above, the Debtor has failed to make payment.

9.  On February 5, 2015, Applicants sent a letter to the Debtor's guarantor, Mr. Petty, advising Mr. Petty of the Debtor's failure to honor the retainer agreement and demanding that Mr. Petty pay the outstanding bill. A copy of the letter is annexed as Exhibit C. Mr. Petty has not replied to the letter.

10. As a result of the Debtor's failure to pay the outstanding legal bill, it is unreasonable to require Applicants to continue to serve as counsel for the Debtor.

11. On February 20, 2015, Applicants sent a letter to the Debtor advising him that unless he paid the outstanding bill within ten (10) days of the date of the letter, Applicants would file a motion to be relieved as counsel for the Debtor. A copy of that letter is annexed as Exhibit D. Debtor has not responded to that letter.

WHEREFORE, Applicants respectfully pray for entry of an Order relieving them as counsel for the Debtor.

HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Attorneys for Debtor

By: /s/John A. Adler
JOHN A. ADLER
A Member of the Firm

Dated:    March 3 , 2015