# Hellring Lindeman Goldstein & Siegal LLP

COUNSELLORS AT LAW

BERNARD HELLRING (1916-1991)
JOEL D. SIEGAL △
JONATHAN L. GOLDSTEIN △ +
MICHAEL EDELSON
MARGARET DEE HELLRING △
CHARLES ORANSKY △
RICHARD B. HONIG △
RICHARD K. COPLON △
ROBERT S. RAYMAR △
STEPHEN L. DREYFUSS △
PATRICIA A. STAIANO
JOHN A. ADLER △
JUDAH I. ELSTEIN △
BRUCE S. ETTERMAN △
MATTHEW E. MOLOSHOK △
DAVID N. NARCISO △
ROBERT B. ROSEN △
SHERYL E. KOOMER
RONNIE F. LIEBOWITZ
LISA P. PARKER
JOSEPH H. TRINGALI △ +
CHRISTY L. SAALFELD △
CORINNE B. MALONEY

△ NJ & NY   + FL

ONE GATEWAY CENTER
NEWARK, NEW JERSEY 07102-5323
T: +1.973.621.9020  |  F: +1.973.621.7406

www.hlgslaw.com

DAVID LANDAU
OF COUNSEL

PHILIP LINDEMAN II (1925-2011)
RICHARD D. SHAPIRO (1944-2011)

May 11, 2015

<u>By Email and E-filing</u>

Honorable Novalyn L. Winfield
Judge, U.S. Bankruptcy Court
PO Box 1352
Newark, NJ 07101-1352

Re:   Robert G. Schroeder
      <u>Case #13-16624 NLW</u>

Dear Judge Winfield:

This will confirm my telephone conversation with Nelson of Your Honor's Chambers that the motion to withdraw as counsel for the Debtor in the above matter has been adjourned from Monday, May 11, 2015, to Monday, June 15, 2015, at 10:00 a.m.

Respectfully yours,

Richard B. Honig

RBH:bmj

cc:   Robert G. Schroeder

26187