## Hellring Lindeman Goldstein & Siegal LLP
COUNSELLORS AT LAW

BERNARD HELLRING (1916-1991)
JOEL D. SIEGAL ∆
JONATHAN L. GOLDSTEIN ∆ +
MICHAEL EDELSON
MARGARET DEE HELLRING ∆
CHARLES ORANSKY ∆
RICHARD B. HONIG ∆
RICHARD K. COPLON ∆
ROBERT S. RAYMAR ∆
STEPHEN L. DREYFUSS ∆
PATRICIA A. STAIANO
JOHN A. ADLER ∆
JUDAH I. ELSTEIN ∆
BRUCE S. ETTERMAN ∆
MATTHEW E. MOLOSHOK ∆
DAVID N. NARCISO ∆
ROBERT B. ROSEN ∆
SHERYL E. KOOMER
RONNIE F. LIEBOWITZ
LISA P. PARKER
JOSEPH H. TRINGALI ∆ +
CHRISTY L. SAALFELD ∆
CORINNE B. MALONEY

∆ NJ & NY   + FL

ONE GATEWAY CENTER
NEWARK, NEW JERSEY 07102-5323
T: +1.973.621.9020  |  F: +1.973.621.7406

www.hlgslaw.com

DAVID LANDAU
OF COUNSEL

PHILIP LINDEMAN II (1925-2011)
RICHARD D. SHAPIRO (1944-2011)

May 19, 2015

By ECF

Honorable Novalyn L. Winfield
Judge, U.S. Bankruptcy Court
PO Box 1352
Newark, NJ 07101-1352

Re:   Robert G. Schroeder
      Case #13-16624 NLW
      - - - - - - - - - - - - - - - - - -
      All Points International, Distributors, Inc., Case #15-15647
      Al Points Croatia, Inc., Case #15-15653
      RS Consultants, Case #15-15657
      Hercules Global Resources, LLC, Case #15-15654
      RGS Bergen LLC, Case #15-15656
      Schroeder for Assembly, LLC, Case #15-15658
      Motion to Consolidate
      Continued hearing date: May 26, 2015

Dear Judge Winfield:

We represent the Debtor, Robert G. Schroeder ("Schroeder"). We filed opposition to the Trustee's Motion for substantive consolidation of the above cases, which was initially heard on April 20, 2015. At that time Your Honor raised the issue of whether Schroeder had standing to object to the motion. Your Honor directed that the parties brief the issue and adjourned the Motion to May 26, 2015.

Yesterday the firm of Norris McLaughlin & Marcus, P.A. filed a Notice of Appearance on behalf of the above Debtors, thereby rendering moot the standing issue. It is my understanding that

**Hellring Lindeman Goldstein & Siegal** LLP

Winfield, Novalyn L. — 2 — May 19, 2015

Norris McLaughlin & Marcus will appear on May 26, 2015, to argue in opposition to the merits of the Motion.

Respectfully yours,

Richard B. Honig

RBH:bmj

cc: All parties listed on the Certification of Service

28105